IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 1:24-00062

TONY LASHON CLEVELAND, JR.

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's pro se motion to be housed at Southern Regional Jail until sentenced.  See ECF No. 19.  Defendant is currently a sentenced federal prisoner, housed at FCI McDowell, and awaiting trial on a new federal charge.  He is also currently represented in this matter by William S. Winfrey, II.  Therefore, the court is under no obligation to consider defendant's motion and the issues he raises therein. See United States v. Hammond, 821 F. App'x 203, 207 (4th Cir. 2020) ("[A] district court is under no obligation to consider a defendant's pro se motion when he is represented by counsel."). Accordingly, the motion is **DENIED**.  Should defendant wish to renew his motion, he needs to do so through Mr. Winfrey who will be able to explain to him whether doing so is appropriate.

The Clerk is directed to send a copy of this Order to counsel of record, the Probation Office of this court, and the United States Marshal for the Southern District of West Virginia.  Mr. Winfrey is directed to provide a copy of the court's Order to defendant.

It is SO ORDERED this 14th day of June, 2024.

                                      ENTER:

                                      David A. Faber
                                      Senior United States District Judge